

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUSTIN JACKSON, <br> Defendant. | Case No. CR 18-474-CAS <br> ORDER OF DETENTION <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On February 18, 2020, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on January 28, 2020. Deputy Federal Public Defender Claire Simonich was appointed to represent Defendant.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failure to report to Probation Officer and multiple failures to report for drug testing, counseling and treatment.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition, extensive criminal history including convictions for offenses involving narcotics and firearms, substance abuse history, and admitted use of alcohol, in violation of an express condition of supervised release, while on supervised release.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 18, 2020

_____/s/_____  
ALKA SAGAR  
UNITED STATES MAGISTRATE JUDGE