O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. CR18-474-CAS - 1 |
|      Plaintiff,                     ) | |
|   v.                                                        ) | FINAL REVOCATION OF |
| JUSTIN JACKSON,                          ) | SUPERVISED RELEASE AND JUDGMENT |
|      Defendant.                  ) | |
| _____ ) | |

On March 9, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 28, 2020. Government counsel, Bruce Riordan, the defendant and his appointed Deputy Federal Public Defender attorney, Claire Simonich, were present. The U.S. Probation Officer, Joseph Carlos, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on January 28, 2020 The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 13, 2019.

Defendant's supervised release is hereby revoked.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** and released forthwith **(Release No. D9235)**. Upon release from imprisonment, defendant shall be placed on supervised release for a period of **thirty-four (34) months**, under the

same terms and conditions previously imposed, with the added special conditions, as follows:

- The offender shall reside at, with the agreement of the government, defense counsel and probation office, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility; and
- The offender shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the offender's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, and by any Probation Officer in the lawful discharge of the officer's supervision functions.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 9, 2020

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk