O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR18-474-CAS - 1 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| JUSTIN JACKSON, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On November 9, 2020, December 3, 2020 and December 17, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 26, 2020. Government counsel, Julia Hu and Alexander Schwab, the defendant and his appointed Deputy Federal Public Defender attorney, Claire Simonich, were present. The U.S. Probation Officer, Reginald Brown, was also present.

The defendant admitted allegations 1, 2 and 3, in violation of his supervised release, as stated in the Petition filed on August 26, 2020. The defendant denied allegations 4 and 5, in violation of his supervised release, as stated in the Petition filed on August 26, 2020. The Court granted the government's request to dismiss allegations 4 and 5, as stated in the Petition filed on August 26, 2020. The Court found the defendant in violation of the terms and conditions of his supervised release imposed on May 13, 2019 and March 9, 2020.

Defendant's supervised release is hereby revoked.

///

1  IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant
2  is hereby committed to the custody of the Bureau of Prisons for a term of **TIME SERVED**
3  and released immediately forthwith **(Release No. D9238)**.  A copy of his medical records
4  from Theo Lacey and Metropolitan Detention Center (MDC) shall be provided to the U.S.
5  Probation and Pretrial Services Office, c/o Officer Reginald Brown.
6  Upon release from imprisonment, defendant shall be placed on supervised release
7  for a period of twenty-five (25) months, under the same terms and conditions previously
8  imposed on May 13, 2019 and March 9, 2020, with the following additional condition:

- The defendant shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the defender shall observe the rules of that facility;
- The defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the defendant, and by any Probation Officer in the lawful discharge of the officer's supervision functions; and
- The defendant shall comply with Amended G.O. 20-04.

///
///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 17, 2020

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

3